JUNE 28, 1990

No. 89–628. MOUNTAIN STATES LEGAL FOUNDATION ET AL. *v.* NATIONAL WILDLIFE FEDERATION. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lujan* v. *National Wildlife Federation, ante,* p. 871. 

No. 89–1052. THREE BUOYS HOUSEBOAT VACATIONS U. S. A., LTD. *v.* MORTS ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sisson* v. *Ruby, ante,* p. 358. 

No. 89–1506. GEDAN ET AL. *v.* PARTINGTON ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooter & Gell* v. *Hartmarx Corp.,* 496 U. S. 384 (1990). 

No. 89–1697. O'RILEY *v.* UNION OIL COMPANY OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tafflin* v. *Levitt,* 493 U. S. 455 (1990). JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR dissent.